

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO.  2:09-MJ-005 GGH |
| Plaintiff, | MOTION TO DISMISS COMPLAINT AND [~~PROPOSED~~] ORDER |
| v. | P~O |
| EDGAR GOMEZ CARRILLO, | |
| Defendant. | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:09-MJ-005 GGH, against defendant EDGAR GOMEZ CARRILLO.

DATED: 06/08/2012

                                    BENJAMIN WAGNER
                                    UNITED STATES ATTORNEY


                              By    /s/Michelle Rodriguez
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

1

```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO.  2:09-MJ-005 GGH |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER |
| v. ) | |
| ) | |
| EDGAR GOMEZ CARRILLO, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The United States' motion to dismiss without prejudice the underlying Unlawful Flight to Avoid Prosecution (UFAP) complaint in the above referenced case, MAG No 2:09-MJ-005 GGH against defendant EDGAR GOMEZ CARRILLO is GRANTED.

DATED: 6/8/12

HON. DALE A DROZD
U.S. MAGISTRATE JUDGE